**FILED**
**7/5/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 2 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher William WYMA

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail
Supt. Arce - Div 9
Officer Smith - Div 9
Cermak
Jane Doe(s)
John Doe(s)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:16-cv-4790
Judge Edmond E. Chang
Magistrate Judge Daniel G. Martin
PC3

Case No: N/A
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Christopher William Wyma

B. List all aliases: N/A

C. Prisoner identification number: 2011-1011024

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cook County Jail
   Title: Cook County Jail
   Place of Employment: Cook County Jail

B. Defendant: Arce
   Title: Superintendent of Div 9
   Place of Employment: Cook County Jail

C. Defendant: Smith
   Title: Officer
   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                                    Case No: _____
                                       (To be supplied by the Clerk of this Court)

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Defendants

D. Defendant: Cermak
   title: Health Services
   Place of Employment: Cook County Jail

E. Defendant: Jane Doe(s)
   Title: N/A
   Place of Employment: N/A or Cook County Jail

F. Defendant: John Doe(s)
   Title: N/A
   Place of Employment: N/A or Cook County Jail

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1:14-cv-05408

B. Approximate date of filing lawsuit: 7/15/14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Christopher William Wyma

D. List all defendants: Cook County, Thomas J. Dart, Jeff Johnson, Theresa Olson, D. Howell, Martin

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Ct. Northern Dist. of ILL

F. Name of judge to whom case was assigned: Edmond E. Chang

G. Basic claim made: wrongfully placed on bus with general population for 3 years with threats made to my life while in protective custody

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Voluntarily dismissed

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

# Statement of Claim p.1

- On 1/1/15 on 3-11pm shift I was attacked by another inmate (Mac).

- Officer Smith on 1/1/15 3-11pm shift came to my door and asked me if I would be taking my medication. I was housed on 3H in cell 3061, with inmate Lester Larkin.

- When I replied yes he opened my door and when I got off my bed Inmate (Mac) ran into cell and hit me with a hard cast which he used as a weapon.

- While attempting to flee C.O. Smith locked my door which kept me in the cell with Mac.

- Because of the door being locked I suffered, and was being beaten for what felt like hours, but was only minutes.

- Inmate (Mac) is a known troublemaker, known for fighting and being written up for breaking C.C.D.O.C.'s rules and regulations.

- While defending myself I was punched many times in the head, nose, as well as lip. I was then slammed on the floor where he then began to stomp on me, this caused more injury, including my ribs.

- The reason I was attacked was because he "believed" I had wronged him and that I was "talking shit", about him. When I told him I wasn't, he told me I owed him money. This is when he asked for my commissary and I refused to give it up.

p.2

- by being on a different wall as well as being on the lower deck I assumed I would be safe.
- Although I was housed on another wall I still informed Officer Westbrook who works 7-3pm shift of the problem.
- On either 12/30/14 or 12/31/14 aerial cameras would show me, Wyma being locked up when inmate (Mac) would come onto or off the deck. Thus proving I notified staff of issue
- When I asked him if he could get him moved or me, he replied, "I could give two shits, im not writing paperwork, im just not gonna let it happen on my shift."

- I am housed in Protective Custody. by being in P.C., there are more rules and policies that have to be followed to ensure everyones safety.
  - I am suing Supt. Arce of Div-9 because as boss to his employees, he has a duty to make sure his staff follow policies in how to respond and react in certain situations.
- There are 2 aerial cameras which show footage of Mac rushing into my cell with a cast on his hand, which other officers described to me as plexi-glass foam.
  - I am suing Cermak and Cook County Jail because Cermak allowed Mac to have a hard cast in a Supermax Division, and Cook County Jail as a whole because they allowed Cermak to let him bring a hard cast which could be used as a weapon, instead of placing him in Div-8. Other defendants who might possibly be involved in this are Jane/John Doe. Division 9 is Supermax he shouldnt have been able to bring back a hard cast

p. 3

- In Div 9-P.C. it is routine policy that we either be placed back in the cells or put on the patio while the deck is receiving medication. This ensures that no incidents occur, they also are only supposed to let one cell out at a time to receive medication.
  - I am suing officer Smith because he did not lock the tier up when medication was being administered.
- Officer Smith locked inmate (Mac) inside my cell when he ran in. If he had left the cell open, I may have been able to flee and escape injury. Their was no imminent harm towards Officer Smith because Mac came after me and not Smith
  - I am suing Officer Smith for this reason.
- On 1/6/15 I started having severe pain in my upper left side where my ribs are located. This caused me severe pain. I experienced pain all day, even while sitting, standing, breathing or even sleeping. Apart from pain I noticed I urinated blood. I put Health Slips in right away.
- I put in several medical slips and spoke to several officers about my pain and issue. I was seen by triage nurses and told that im fine. I requested that I would like an X-Ray and was told no.
  - For this reason I am suing Cook County Jail which restricted me from receiving the proper medical care I believed was my right. I am also suing Jane/John Doe for disregarding my medical slips and pain as mere exxagerations. I did not receive X-Rays til 1/12/15

p. 4

- I was not only embarassed, but emotionally disturbed, because I kept thinking this might happen again.
- After the incident with Mac, he was not put on a list to keep him seperated from me, I asked Sgt Nalepa to KS him.
- Mac was placed on deck with me on 3 more occasions. The first being in 3H where I wrote a request slip explaining the situation that occurred on 1/1/15, I was then transported to 3E in Div 9.
- Before leaving 3H, Mac informed me that he held no ill feelings tords me and that everything was "squashed".
- On 4/2/15 I was placed on 3E Div-9. I was already receiving threats and my cell was moved to avoid fights. I was eventually moved back to 3H because an inmate threatened to throw piss on me.
- On 2/18/16 Mac was brought to Div 10-2C where I was housed.
- Me and several inmates informed officer "Celis" that inmate was a troublemaker and I said that I dont feel safe with him around me. He called on the phone and his supervisor told him that if I did not have a K.S. (keep seperate) he would not be moved. No more than 5-10 minutes later, when I was talking to someone I was attacked from behind. The attacker was Mac.
- For this reason I am sueing cook county jail as well as Jane/John Doe because they could have avoided this incident if they followed their policies, rules & regulations. I informed them of a possible threat to my safety

p. 5

- I was then taken to Cermak with another inmate "Byrd", which Mac also attacked. At Cermak I was seen by a doctor and administered a painkiller to soothe the pain because I was hit in the ear, back of the head, and stomped on.
- This could have been avoided if officers and their supervisors took precaution and listened to what I said. Now I am always on the edge and believing that I could be attacked at any moment.
- For the above stated claim is why I am sueing the stated defendants.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for 3,000,000 dollars for physical injury on 2 occasions, as well as the negligence officers to had in taking steps to ensure my safety. As well as emotional relief.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __April__, 20__16__

_(Signature)_
(Signature of plaintiff or plaintiffs)

Christopher Wyma
(Print name)

2011-1011024
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608
(Address)

6

Revised 9/2007